UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

----------------------------------------------------------------------------x
Vadim Kulakevich, individually and on behalf of all others similarly situated,
     Plaintiff,

                       Case No.: 2:21-cv-803

 -against-

First National Collection Bureau, Inc.; LVNV Funding LLC; and John Does 1-25;
      Defendant(s).
----------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.


DATED, this September 2, 2021      Respectfully Submitted,


                   */s/ Eliyahu Babad*
                   Eliyahu Babad
                   Stein Saks, PLLC
                   One University Plaza
                   Hackensack, NJ 07601
                   Phone: 201-282-6500 x121
                   ebabad@steinsakslegal.com
                   *Attorney for Plaintiff*